COMMONWEALTH of Pennsylvania, Petitioner

v.

Willie Lee BROOKS, Respondent.

Supreme Court of Pennsylvania.

Feb. 20, 2014.

***ORDER***

PER CURIAM.

AND NOW, this 20th day of February 2014, the Petition for Allowance of Appeal is **GRANTED** on the following issues gleaned from the Petition:

Where the trial court concludes a continuance request was made solely for purpose of delay, must the court support its decision by placing evidence on the rec-

ord or articulating "compelling reasons"?